No. 70–5082. CARTER ET AL. *v.* STANTON, DIRECTOR, MARION COUNTY DEPARTMENT OF PUBLIC WELFARE, ET AL. Appeal from D. C. S. D. Ind. [Probable jurisdiction noted, 402 U. S. 994.] Motion to postpone oral argument denied.

No. 70–5138. PARHAM ET AL. *v.* CORTESE ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, *sub nom. Epps* v. *Cortese,* 402 U. S. 994.] Motion of the Attorney General of Pennsylvania for additional time for oral argument denied.

No. 71–83. STRAIT *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 9th Cir. Motion to dispense with printing petitioner's reply brief granted.

No. 71–119. TRBOVICH *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 880.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 71–157. R. J. REYNOLDS TOBACCO CO. ET AL. *v.* UNITED STATES ET AL. D. C. N. J. Motion of John J. McMullen for leave to file a brief as *amicus curiae* and to dispense with printing granted.

No. 71–5159. WHITE *v.* CARDWELL, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 70–5188. RIDDELL *v.* HAMILTON ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 71–5265. THERIAULT *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.